827 A.2d 419

**Wayne DAVIS, Appellant,**

v.

**PENNSYLVANIA BOARD OF PROBATION PAROLE, Appellee.**

Supreme Court of Pennsylvania.

June 11, 2003.

## *ORDER*

PER CURIAM.

**AND NOW,** this 11th day of June, 2003, probable jurisdiction is noted and the order is affirmed.